■ In the Matter of David Wasserman, Petitioner, v. Board of Regents of the University of the State of New York, Respondent.— Stay continued, upon condition that the petitioner perfects appeal, files and serves record and brief, and is ready for argument at the January 1961 Term of this court.

■ The People of the State of New York ex rel. Alphonse Vitello, Appellant, v. W. Cecil Johnston, as Director of Dannemora State Hospital, Respondent.— Motion for assignment of counsel denied.

■ In the Matter of the Claims of Harry Strley et al., Respondents. Fairbanks Company, Appellant.— Application for assignment of counsel for claimants-respondents granted and Donald L. Slater, Esq., of Cortland, New York, is hereby appointed to represent the claimants-respondents on the appeal herein.

■ In the Matter of the Claim of Rose Liefer, Appellant, v. Estate of Isidore Schachter, Deceased, et al., Respondents. Workmen's Compensation Board, Respondent.— Appeal dismissed, without costs.

■ In the Matter of Champlain Creameries, Inc., et al., Petitioners, v. Don J. Wickham, as Commissioner of Agriculture and Markets of the State of New York, Respondent.— Proceeding dismissed, without costs unless petitioners shall file and serve record, brief and note of issue on or before February 13, 1961 and are ready for argument at the term to commerce March 13, 1961 in which event the motion is denied.

■ Ethan Fairman, Respondent, v. Tunis R. Thomas et al., Appellants. — Motion to substitute Ruth M. Fairman, as administratrix of the goods, chattels and credits of Ethan Fairman, deceased, as plaintiff-respondent in this action in the place and stead of Ethan Fairman; and to substitute Harold Armstrong, as executor under the last will and testament of Rhoda Ann Keyser (formerly Rhoda F. Thomas), deceased, individually and as administratrix c. t. a., of the estate of Tunis R. Thomas, deceased, as defendant-appellant in place and stead of Tunis R. Thomas and Rhoda F. Thomas. Motion granted and the title of the action is amended accordingly; and Strong, Golden and Robinson, attorneys, are substituted herein in the place and stead of Arlen T. St. Louis, Esq.

■ In the Matter of the Construction of the Will of Louie Leach, Deceased.— Stay continued, upon condition that the appellant perfects appeal, files and serves record and brief, and is ready for argument at the term to commence March 13, 1961.